IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MASCO CORPORATION, a Delaware Corporation, and LIBERTY HARDWARE MFG. CORP., d/b/a BATH UNLIMITED, INC., a Florida Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN D. BENNETT, JR., an individual; LEWIS "BUDDY" HOLSON, an individual; A&M WORLDWIDE, INC., a North Carolina Corporation; HOLSON SOLUTIONS, INC., a North Carolina Corporation; JOHN DOES 1-20,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 3:08-cv-00161<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Pursuant to Federal Rule of Civil Procedure 55(a), in light of Plaintiff's July 3, 2008 Application for Entry of Default and supporting Affidavits of John D. Cole and Rebecca Jo Reynolds, default is hereby entered against Defendants John D. Bennett, Jr. and A&M Worldwide, Inc. with respect to Plaintiff's Complaint which was filed April 11, 2008.

| | |
|---|---|
| July 07, 2008 | s/ Elizabeth Wurst |
| Date | Deputy Clerk |