# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08-CV-161-MR-DCK

| | |
|---|---|
| MASCO CORPORATION, and LIBERTY HARDWARE MFG. CORP. d/b/a Bath Unlimited, Inc., )<br><br>Plaintiffs, )<br><br>v. )<br><br>JOHN D. BENNETT, JR., LEWIS BUDDY HOLSON, A&M WORLDWIDE, INC., HOLSON SOLUTIONS, INC., and JOHN DOES 1-20, )<br><br>Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes.

"Defendant, Lewis "Buddy" Holson's Motion To Dismiss" (Document No. 27) was filed on July 3, 2008. On July 21, 2008, "Plaintiffs' Motion For Extension Of Time To Respond To Defendant Lewis "Buddy" Holson's Motion To Dismiss" (Document No. 31) was filed and the Court on that same date issued an "Order" (Document No. 32) granting Plaintiffs' request for an extension. "Plaintiffs' Response To Defendant Lewis "Buddy" Holson's Motion To Dismiss" (Document No. 33) was filed on July 24, 2008.

Defendant Lewis Holson's reply was due August 7, 2008. Although the filing of a reply brief is not mandatory, according to Local Rule 7.1(E), if the party making the motion does not wish to file a reply brief it must inform the Court and opposing counsel. Recognizing that Defendant Holson is appearing in this matter *pro se*, the Court will allow a brief extension of time for Holson to file a reply, or to file notice that he does not wish to file a reply brief.

**IT IS, THEREFORE, ORDERED** that Defendant Lewis "Buddy" Holson shall file a reply to "Plaintiffs' Response To Defendant Lewis "Buddy" Holson's Motion To Dismiss" (Document No. 33), or notice that he does not wish to file a reply brief, on or before **September 23, 2008**.

The Clerk of Court is directed to send a copy of this Order to the Honorable Martin Reidinger, counsel for the Plaintiffs, and by certified U.S. Mail to *pro se* Defendant Lewis "Buddy" Holson.

Signed: September 8, 2008

David C. Keesler
United States Magistrate Judge