# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv161

| | |
|---|---|
| MASCO CORPORATION, and LIBERTY HARDWARE MFG. CORP., d/b/a Bath Unlimited, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN D. BENNETT, JR., LEWIS "BUDDY" HOLSON, A&M WORLDWIDE, INC., and HOLSON SOLUTIONS, INC., <br><br> Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant Lewis "Buddy Holson's Motion to Dismiss [Doc. 27, filed July 3, 2008] and Defendant Lewis "Buddy Holson's Response to Plaintiffs' [sic] and Subsequent Motion to Dismiss [Doc. 40, filed September 24, 2008]. Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, United States Magistrate Judge David C. Keesler was designated to consider this Motion and to submit recommendations for its disposition.

On November 26, 2008, the Magistrate Judge filed a Memorandum and Recommendation [Doc. 47] in which he recommended denying the motions to dismiss.[1] The parties were advised that any objections to the Magistrate Judge's conclusions and recommendations were to be filed in writing within ten days of service of the Recommendation and that failure to file objections to the Memorandum and Recommendation would preclude the parties from raising any objection on appeal. [Doc. 47 at 7]. The period within which to file objections expired on December 15, 2008 and no written objections to the Memorandum and Recommendation have been filed.

The Court concludes that the Magistrate Judge's recommendation is supported by the record and the law. Accordingly, the Court hereby accepts the Magistrate Judge's Recommendation.

**IT IS, THEREFORE, ORDERED** that the Defendant Lewis "Buddy Holson's Motion to Dismiss [Doc. 27] is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the Defendant Lewis "Buddy Holson's Response to Plaintiffs' [sic] and Subsequent Motion to Dismiss [Doc. 40] is hereby **DENIED** without prejudice.

---

[1] The second motion to dismiss was construed as a motion for the appointment of counsel.

**IT IS FURTHER ORDERED** that on or before fourteen days from entry of this Order, the parties shall conduct an initial attorneys' conference and shall file a report thereof in the record on or before five days after that conference.

Signed: December 16, 2008

Martin Reidinger
United States District Judge