# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:08-CV-161-RJC-DCK

| | |
|---|---|
| MASCO CORPORATION, a Delaware Corporation, and LIBERTY HARDWARE MFG. CORP., d/b/a BATH UNLIMITED, INC., a Florida Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN D. BENNETT, JR., an individual; LEWIS "BUDDY" HOLSON, an individual; A&M WORLDWIDE, INC., a North Carolina Corporation; HOLSON SOLUTIONS, INC., a North Carolina Corporation; JOHN DOES 1-20, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Plaintiffs' "Notice of Defendant Lewis 'Buddy' Holson's Refusal to Participate in Mediation" (Document No. 54) filed on January 7, 2010. Defendant Lewis "Buddy" Holson[1] has filed a response indicating he is willing to mediate (and has previously so indicated to opposing counsel), but that opposing counsel did not consult him about the choice of mediator or the time and place of the mediation before scheduling same. Having fully considered the record, having conferred with Judge Conrad's chambers, and for good cause shown, the undersigned will **extend** the mediation deadline.

**IT IS, THEREFORE, ORDERED** that the parties shall have up to and including **January 31, 2010**, to complete mediation. Prior to mediation, Plaintiffs' counsel shall confer with Mr. Holson regarding the selection of a mediator and the scheduling of a mutually agreeable time and

---

[1]Mr. Holson is the only Defendant to have entered an appearance in this case; he is proceeding *pro se*.

place for the mediation.

**IT IS SO ORDERED**.

Signed: January 13, 2010

David C. Keesler
United States Magistrate Judge