# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:08-CV-161-RJC-DCK

| | |
|---|---|
| MASCO CORPORATION, a Delaware Corporation, and LIBERTY HARDWARE MFG. CORP., d/b/a BATH UNLIMITED, INC., a Florida Corporation, <br><br> Plaintiffs, <br> v. <br><br> JOHN D. BENNETT, JR., an individual; LEWIS "BUDDY" HOLSON, an individual; A&M WORLDWIDE, INC., a North Carolina Corporation; HOLSON SOLUTIONS, INC., a North Carolina Corporation; JOHN DOES 1-20, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for a scheduling change. By Order of January 13, 2010, the undersigned extended the mediation deadline to January 31, 2010. At present, dispositive motions are due on January 20, 2010, prior to the new deadline for mediation. If this case were to be successfully mediated, any dispositive motions would be unnecessary. Hence, in the interest of fairness to all the parties, and in order to conserve the parties' resources, the undersigned will **extend** the motions deadline.

**IT IS, THEREFORE, ORDERED** that the parties shall have up to and including **February 15, 2010**, to file any dispositive motions.

**IT IS SO ORDERED**.

Signed: January 14, 2010

David C. Keesler
United States Magistrate Judge