# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Masco Corporation and
Liberty Hardware
Manufacturing Corporation,
d/b/a Bath Unlimited, Inc.,

       Plaintiffs,                      JUDGMENT IN A CIVIL CASE

vs.                                         3:08-cv-161-RJC

John D. Bennett, Jr.,
Lewis "Buddy" Holson,
A&M Worldwide, Inc., and
Holson Solutions, Inc.,

       Defendants.


DECISION BY COURT. This action having come before the Court by Motion for Default Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Default Judgment is hereby entered against Defendants John D. Bennett, Jr., A&M Worldwide, Inc., and Holson Solutions, Inc., jointly and severally, in accordance with the Court's March 31, 2010 Order.

                                          Signed: March 31, 2010

                                          Frank G. Johns, Clerk
                                          United States District Court