# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Masco Corporation and
Liberty Hardware
Manufacturing Corporation,
d/b/a Bath Unlimited, Inc.,

        Plaintiffs,

vs.

John D. Bennett, Jr.,
Lewis "Buddy" Holson,
A&M Worldwide, Inc., and
Holson Solutions, Inc.,

        Defendants.

JUDGMENT IN A CIVIL CASE

3:08-cv-161-RJC

DECISION BY COURT.  This action having come before the Court by Motion for Default Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Default Judgment is hereby entered against Defendants John D. Bennett, Jr., A&M Worldwide, Inc., and Holson Solutions, Inc., jointly and severally, in accordance with the Court's March 31, 2010 Order.

Signed: March 31, 2010

Frank G. Johns, Clerk
United States District Court